# Court of Appeals
# of the State of Georgia

ATLANTA,___October 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0366.  ANTONIO T. BROWN v. STATE OF GEORGIA.**

     Antonio T. Brown appeals to this Court from the trial court's denial of his petition for a writ of habeas corpus.[1]  The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____10/03/2016_____
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] Although Brown's initial notice of appeal directed his appeal to the Supreme Court, he later amended the notice to indicate his wish to appeal to this Court.